UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LIVE LIFE FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br><br>vs.<br><br>**VIRTUAL ASSET, LLC,**<br><br>Defendant. | 2:21-CV-11550-TGB-KGA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO RENEW CIVIL JUDGMENT (ECF NO. 21)** |

    Live Life Federal Credit Union has filed an ex parte motion to renew a civil judgment. ECF No. 21. Unfortunately, it is clear from reviewing the form filing that Plaintiff has failed to properly identify the judgment it seeks to renew. A thorough search of the entire Case Management/Electronic Case Files platform for the U.S. District Court for the Eastern District of Michigan had yielded no results either for the case number identified on the form (12-53105) or for a separate case number listed in the wrong part of the form (11-03872). The Court also attempted to locate the purported judgment by complete and partial name searches of the parties—"LOC Federal Credit Union" and "Raquel Andrea Hunter"—but did not find any relevant results.

    Upon further investigation, it appears that Plaintiff filed identical ex parte form motions with the U.S. Bankruptcy Court for the Eastern

1

District of Michigan in July 2022 under Bankruptcy Petition numbers 12-53105 and 12-05584. The Bankruptcy Court ordered the pleadings to be stricken because Plaintiff filed the motions for "the incorrect case" and "the Electronic signature is missing or incorrect." It appears to the Court that Plaintiff has made the same errors here.

Because Plaintiff has failed to provide sufficient information in requesting renewal of judgment, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 16, 2022

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE