UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LIVE LIFE FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br><br>vs.<br><br>**VIRTUAL ASSET, LLC,**<br><br>Defendant. | 2:21-CV-11550-TGB-KGA<br><br>**ORDER DENYING PLAINTIFF'S SECOND AMENDED REQUEST TO SEIZE PROPERTY**<br><br>**(ECF NO. 44);**<br><br>**AND STRIKING PLAINTIFF'S REQUEST TO SEIZE PROPERTY**<br><br>**(ECF NO. 45)** |

This matter is before the Court on Plaintiff Live Life Federal Credit Union's second amended request to seize property. ECF No. 44. The Court previously advised Plaintiff that "[a]ny amended requests for seizure of property will not be considered or approved unless supported by records and documentation demonstrating the accuracy of the amounts stated in such requests." Order, ECF No. 38, PageID.93. Plaintiff's second amended request contains no such supporting documentation. Indeed, Plaintiff inexplicably claims that the amount of post-judgment payments received is now $5,000 *less* than the amount of post-judgment payments received when the Court approved Plaintiff's first amended request to seize property on March 7, 2023. ECF No. 40.

1

Plaintiff is admonished to adhere to the Court's prior order that it support any amended requests for seizure of property with records and documentation to demonstrate the accuracy of the amounts listed in the request. The Court will strike any further requests for seizure of property that lack such documentation.

Accordingly, the Court **DENIES** Plaintiff's second amended request to seize Defendant Virtual Asset, LLC's property. ECF No. 44.

Further, on May 11, 2023, Plaintiff re-filed this same second amended request to seize Defendant's property without supporting documentation. ECF No. 45. That request is ordered **STRICKEN**.

**IT IS SO ORDERED.**

Dated: May 15, 2023      s/Terrence G. Berg
               TERRENCE G. BERG
               UNITED STATES DISTRICT JUDGE