UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LIVE LIFE FEDERAL CREDIT UNION,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**VIRTUAL ASSET, LLC,**<br><br>　　　　　　Defendant. | 2:21-CV-11550-TGB-KGA<br><br>HON. TERRENCE G. BERG<br><br>**ORDER DENYING PLAINTIFF'S THIRD AMENDED REQUEST TO SEIZE PROPERTY**<br><br>**(ECF NO. 49)** |

　　　This matter is before the Court on Plaintiff Live Life Federal Credit Union's third amended request to seize property. ECF No. 49. The Court previously denied Plaintiff's second amended request to seize property (ECF No. 44) after Plaintiff failed to abide by the Court's Order requiring it to submit "records and documentation demonstrating the accuracy of the amounts stated in such requests." Order, ECF No. 38, PageID.93. Despite discussing the issue with the Court during a recent status conference, Plaintiff has again neglected to attach the requisite supporting documentation. Plaintiff's form request indicates that it intended to include two attachments regarding "accounting" and "a list of Defendant's property to be seized," but Plaintiff's filing did not include these exhibits. ECF No. 49, PageID.111.

1

Plaintiff has been given several opportunities to correct its improperly filed requests to seize property. The Court will strike sua sponte any further requests that lack the required supporting documentation or contain other deficiencies. Plaintiff is admonished that failure to abide by the Court's instructions may result in some type of sanction for wasting judicial resources.

Accordingly, the Court **DENIES** Plaintiff's third amended request to seize Defendant Virtual Asset, LLC's property, and **ORDERS** that the request (ECF No. 49) be **STRICKEN**.

**IT IS SO ORDERED.**

Dated: August 22, 2023        s/Terrence G. Berg
                              TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE